1
2
3
4
5
6
7         UNITED STATES DISTRICT COURT
8       CENTRAL DISTRICT OF CALIFORNIA
9           WESTERN DIVISION
10

| | |
|---|---|
| 11 CHARLES SMITH, | No. CV 08-00390-CJC (VBK) |
| 12      Petitioner, | ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF |
| 13   v. | THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE |
| 14 D. DEXTER, | PETITION FOR WRIT OF HABEAS CORPUS |
| 15      Respondent. | |

16

17     Pursuant to 28 U.S.C. §636, the Court has made a de novo review

18 of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's

19 Answer, all of the records herein and the Report and Recommendation of

20 the United States Magistrate Judge ("Report").

21     **IT IS ORDERED** that: (1) the Court accepts and adopts the Report

22 and Recommendation, and (2) Judgment be entered dismissing the

23 Petition with prejudice.

24

25 DATED: *August 6, 2008*

26

27                  CORMAC J. CARNEY
                 UNITED STATES DISTRICT JUDGE

28