UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHARLES SMITH, | No. CV 08-00390-CJC (VBK) |
|       Petitioner, | JUDGMENT |
| v. | |
| D. DEXTER, | |
|       Respondent. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: August 6, 2008

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE